UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | 20-cr-10126-ADB |
| ) | |
| PHILIP COOKE              ) | |

ASSENTED-TO MOTION TO CONTINUE SENTENCING

The Defendant, Philip Cooke, respectfully requests to continue his sentencing from May 26 (8 weeks from now) to a date convenient for the Court in July 2021. As grounds for motion, defendant states he would like to appear in person at his sentencing, but despite his eligibility for the Covid-19 vaccine in California, he has been unable to secure a vaccination appointment in Santa Clara County, where he lives, despite regularly seeking same. Supply is short in that county. See, Attachment A (LA Times article, March 27, 2021). A "mad rush" has been underway since California opened eligibility to ages 50-64, with eligibility soon to open to all adults. *Id*. There are many more people seeking the vaccine than can currently be accommodated. *Id*.

Mr. Cooke is insured through Kaiser Permanente, which is having particular difficulty obtaining sufficient supply. They recently notified their members:

> We look forward to vaccinating all our members and communities, but for now vaccine supply remains limited. We haven't received enough doses yet to vaccinate everyone who's eligible. In Northern California, Kaiser Permanente has over 900,000 members 50 to 64, and over 2 million members 16 to 49, yet we receive 55,000 to 75,000 doses each week.

Attachment B (Kaiser notice, March 30, 2021).

Once Mr. Cooke is able to obtain an appointment, depending on which vaccine he receives, there will be three to four weeks before the second vaccine, and then another two weeks for antibodies to develop. See, Attachment C (Healthline article, March 9, 2021). Given the need to make flight plans for Boston, with the inability to determine when he will be able to become vaccinated, the defendant seeks the extension to July because the additional time should provide the time needed for California to work

out its supply and distribution issues so that he can be vaccinated, and to allow him to make travel arrangements in a reasonable way.

The undersigned has conferred with the prosecutor, AUSA Seth Kostco, who assents to this motion, and has also conferred with U.S. Probation Officer Carolyn Patten, who is also amenable.

                                                     Respectfully submitted,

                                                     */s/ Susan G. Winkler*
                                                     Susan G. Winkler  (BBO #530682)
                                                     Winkler Law LLC
                                                     120 Holmes Street, Suite 313
                                                     Quincy, MA 02171
                                                     (617) 642-6671
                                                     Winkler.susan@gmail.com

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                     */s/ Susan G. Winkler*
March 31, 2021                                 Susan G. Winkler