---------- Forwarded message ---------
From: **Kaiser Permanente** <kp-donotreply@wecare.kp.org>
Date: Tue, Mar 30, 2021 at 9:41 PM
Subject: Limited vaccine supply

**PERMANENTE** MEDICINE®
The Permanente Medical Group

# KAISER PERMANENTE®

[Lea este mensaje en español]

We're glad that eligibility for COVID-19 vaccines will be expanding to people 50 and older starting on April 1, and to people 16 and older on April 15.

We look forward to vaccinating all our members and communities, but for now vaccine supply remains limited. We haven't received enough doses yet to vaccinate everyone who's eligible. In Northern California, Kaiser Permanente has over 900,000 members 50 to 64, and over 2 million members 16 to 49, yet we receive 55,000 to 75,000 doses each week.

After you become eligible, you can search for an available appointment at our COVID vaccine website. We also encourage you to sign up on My Turn to find appointments at other community vaccine sites. We respectfully ask you not to contact your doctor for an appointment. Your doctor can discuss vaccines with you, but can't schedule an appointment for you.

Based on supply available, we can only vaccinate people with appointments, and not family members or others who accompany them.

We look forward to receiving enough supply to vaccinate everyone who wants to be vaccinated. In the meantime, please continue to prevent spread of COVID-19 by keeping your distance from those outside your household, wearing a mask, and washing your hands frequently.

Your COVID-19 Vaccine Care Team at Kaiser Permanente

To find answers to frequently asked questions, check availability, and schedule when supply allows:

Sign into our COVID-19 Vaccine site.
Sign up at My Turn.


**Get our My Doctor Online app**
Join a video visit, receive timely information about your care, manage appointments, and enjoy other convenient features for you and your family — right from our app.

