UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 20-cr-10126-ADB |
| | ) | |
| PHILIP COOKE | ) | |

**ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR SENTENCING MEMORANDUM FOR PHILIP COOKE**

    Defendant Philip Cooke respectfully moves for leave to file a sentencing memorandum with pages exceeding the limits in the Local Rules, not to exceed 28 pages in total length.  As grounds for the motion, the defendant states that the additional space is needed to fully discuss the Section 3553(a) factors applicable to his sentencing.  The undersigned has conferred with AUSA Seth Kosto who has assented to this motion.

                                            Respectfully submitted,

                                            **PHILIP COOKE**
                                            By his attorney,

                                            */s/ Susan G. Winkler*
                                            Susan G. Winkler  (BBO No. 530682)
                                            WINKLER LAW LLC
                                            120 Holmes St., Suite 313
                                            Quincy, MA 02171
                                            617-642-6671
                                            Winkler.susan@gmail.com

Dated:  July 14, 2021

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                            */s/ Susan G. Winkler*
                                            Susan G. Winkler