UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>             )<br>v.            )<br>             )<br>PHILIP COOKE      )<br>    Defendant.    ) | CASE NO.  1:20-CR-10126-001-ADB |

## SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Philip Cooke, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

                     Respectfully submitted,

                     UNITED STATES OF AMERICA
                     By its attorneys

                     NATHANIEL R. MENDELL
                     Acting United States Attorney

            By: /s/ Brendan T. Mockler
               BRENDAN T. MOCKLER
               Assistant United States Attorney
               One Courthouse Way, Suite 9200
               Boston, MA 02210
               (617) 748-3100
               brendan.mockler@usdoj.gov

Date: September 8, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2021, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to Philip Cooke located in Sheridan, Oregon.

                     /s/ Brendan T. Mockler
                     BRENDAN T. MOCKLER
                     Assistant United States Attorney