UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                                                               20-CR-10126 (ADB)

PHILIP COOKE,

    Defendant

## ASSENTED-TO MOTION TO FILE EXHIBIT UNDER SEAL

The United States of America, by Assistant United States Attorney Seth B. Kosto, respectfully seeks the Court's leave to file under seal an exhibit to its opposition to the defendant's motion for compassionate release. As grounds for the motion, the government submits that the exhibit in question consists of the defendant's medical records related to his custodial term. The Court has previously allowed the defendant to file under seal his pre-BOP medical records (Def. Exh. 7 to Docket No. 36). Counsel for the defendant, who has been provided a copy of the proposed sealed exhibit, assents to the request.

                                                    Respectfully submitted,

                                                    RACHAEL S. ROLLINS
                                                    United States Attorney

                                                    By: */s/ Seth B. Kosto*
                                                    SETH B. KOSTO
                                                    Assistant United States Attorney

June 3, 2022

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/Seth B. Kosto
SETH B. KOSTO
Assistant United States Attorney

June 3, 2022